No. 245. INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION ET AL. v. ACKERMAN, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied. *Harriet Bouslog* for petitioners. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *J. Garner Anthony,* Special Deputy Attorney General, and *Rhoda V. Lewis* and *Richard K. Sharpless,* Deputy Attorneys General, for respondents.

No. 251. WILSON ET AL., EXECUTORS, v. KRAEMER, COLLECTOR OF INTERNAL REVENUE, ET AL. C. A. 2d Cir. Certiorari denied. *Lawrence S. Greenbaum* and *Warner Pyne* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *L. W. Post* for Kraemer, respondent.

No. 252. MCNABB v. SLATER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph T. Sherier* and *George C. Gertman* for petitioner. *Charles G. Jaquette* for Slater, respondent.

No. 254. AMERICAN STEEL FOUNDRIES v. HOLLAND COMPANY. C. A. 7th Cir. Certiorari denied. *George I. Haight* for petitioner. *Casper W. Ooms* and *L. B. Mann* for respondent.

No. 260. ANN ARBOR PRESS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *George Meader* and *Edward Brown Williams* for petitioner. *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.